THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-21748-CIV-GAYLES/OTAZO-REYES

In Re:
MARK FIELDS.
_____/

## ORDER

THIS CAUSE came before the Court upon the parties' Joint Statement Regarding the Scope of Non-Party Mark Fields' ("Mr. Fields") Testimony (hereafter, "Joint Statement") [D.E. 31 (under seal)]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 3]. The undersigned held a hearing on this matter on July 1, 2019. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the scope of Mr. Fields' deposition is limited to the following:

I. Mr. Fields' Proposed Items Nos. 1-4;

II. Mr. Fields' Proposed Item No. 5, excluding the words "unique, non-repetitive, firsthand;"

III. Plaintiffs' Proposed Item No. 5, limited to Mr. Fields' personal involvement in the referenced recall; and

IV. Plaintiffs' Proposed Item No. 8, limited to the status report requested by Mr. Fields.

V. With regard to Plaintiffs' Proposed Item No. 9, inquiry will only be permitted if Plaintiffs ascertain prior to the deposition, by way of an agenda or otherwise, that Mr. Fields actually attended the referenced presentation.

2

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of July, 2019.

*[signature]*

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record

2